**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DOUGLAS MINCER,       ) | |
|       ) | |
|      Plaintiff,       ) | |
|       ) | |
|     v.       ) | CASE NO. 6:19-cv-02310-GAP-GJK |
|       ) | |
| TRANS UNION, LLC., EQUIFAX    ) | |
| INFORMATION SERVICES, LLC, AND   ) | |
| EXPERIAN INFORMATION      ) | |
| SOLUTIONS,       ) | |
|       ) | |
|      Defendants.       ) | |
|       ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8 and 12, Defendant EXPERIAN

INFORMATION SOLUTIONS, INC. ("Experian") hereby answers Plaintiff's Complaint as

follows:

By adopting the headings set forth in the Complaint for organizational purposes only,

Experian does not admit any of the allegations set forth therein.

**PRELIMINARY STATEMENT**

1.  In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff has

    asserted a statement released on behalf of the Consumer Financial Protection Bureau.

    This statement speaks for itself, which is not subject to denial or admission.

## JURISDICTION

2.   In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has asserted that this Court has jurisdiction pursuant to 28 U.S.C. § 1331.  Experian further admits that Plaintiff's lawsuit is being brought pursuant to the Fair Credit Reporting Act ("FCRA").  Experian states that these are a legal conclusions, which are not subject to denial or admission.

3.   In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff has asserted that venue is proper pursuant to 28 U.S.C. § 1391(b)(2).  Experian further admits that it is qualified to do business and does conduct business in the State of Florida.  Experian states that these are a legal conclusions, which are not subject to denial or admission.

4.   In response to Paragraph 4 of the Complaint, Experian admits that Plaintiff has asserted that venue is proper.  Experian further admits that it is qualified to do business and does conduct business in the State of Florida.  To the other statements alleged in this paragraph, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.   In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6. In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8. In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to paragraph 9 of the Complaint, Experian admits that it is an Ohio corporation with its principal place of business in Costa Mesa, California.  Experian further admits that it is qualified to do business and does conduct business in the State of Florida.  Except as specifically admitted, Experian denies, generally and specifically, the remainder of the allegations contained in paragraph 13 of the Complaint.

10. In response to paragraph 10 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such,  issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian

denies, generally and specifically, the remainder of the allegations contained in paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such,  issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian denies, generally and specifically, the remainder of the allegations contained in paragraph 11 of the Complaint.

## FACTUAL ALLEGATIONS

12. In response to Paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to Paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. [1]In response to Paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to Paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to Paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

---

[1] Upon information and belief, Experian states that Plaintiff's Complaint has Paragraph 15 listed twice.

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

20. In response to Paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to Paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.  As to the allegations in Paragraph 22 of the Complaint that relate to the other Defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them generally and specifically.

22. [2] In response to Paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.  As to the allegations in Paragraph 24 of the Complaint that relate to the other Defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them generally and specifically.

---

[2] Upon information and belief, Experian states that Plaintiff's Complaint has Paragraph 22 listed twice.

23. In response to Paragraph 23 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.  As to the allegations in Paragraph 23 of the Complaint that relate to the other Defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them generally and specifically.

24. In response to Paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to Paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to Paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to Paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to Paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian. As to the allegations in Paragraph 28 of the Complaint that relate to the other Defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them generally and specifically.

29. In response to Paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to Paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian. As to the allegations in Paragraph 30 of the Complaint that relate to the other Defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them generally and specifically.

## <u>CAUSES OF ACTION</u>

### <u>COUNT I</u>
**Violations of the Fair Credit Reporting Act as to Trans Union**

31. In response to Paragraph 31 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses to Paragraphs 1 through 30 above.

32. In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to Paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to Paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to Paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II
### Violations of the Fair Credit Reporting Act as to Equifax

36. In response to Paragraph 36 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses to Paragraphs 1 through 30 above.

37. In response to Paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38. In response to Paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to Paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## <u>COUNT III</u>
### **Violations of the Fair Credit Reporting Act as to Experian**

41. In response to Paragraph 41 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses to Paragraphs 1 through 30 above.

42. In response to Paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.

43. In response to Paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.

44. In response to Paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.

45. In response to Paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation that relates to Experian.

## JURY TRIAL DEMAND

Experian admits that Plaintiff has demanded a trial by jury.

## ADDITIONAL RESPONSE

Experian denies each allegation of the Complaint not specifically admitted above and denies that Plaintiff is entitled to any of the relief or damages he seeks in this action.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (IMMUNITY)

All claims against Experian are barred by qualified immunity pursuant to 15 U.S.C. § 1681(h).

## SECOND AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE
## (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FOURTH AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## FIFTH AFFIRMATIVE DEFENSE
## (LACHES)

The Complaint and each claim for relief therein are barred by laches.

## SIXTH AFFIRMATIVE DEFENSE
## (COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence.

## SEVENTH AFFIRMATIVE DEFENSE
## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## EIGHTH AFFIRMATIVE DEFENSE
## (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE
## (INDEPENDENT INTERVENING CAUSE)

Plaintiff's alleged damages were not caused by Experian, but by an independent intervening cause.

### TENTH AFFIRMATIVE DEFENSE
### (IMPROPER CLAIM FOR PUNITIVE DAMAGES)

The Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

### ELEVENTH AFFIRMATIVE DEFENSE
### (SETOFF)

Plaintiff's recovery, if any, from Experian should be barred or diminished as a result of any setoff for amounts paid to Plaintiff by other persons or entities related to Plaintiff's alleged claims and damages in this matter.

### TWELFTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that some or all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

1. That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2. For costs of suit and attorney's fees herein incurred; and

3. For such other and further relief as this Court may deem just and proper.

Dated:  January 2, 2020

Respectfully submitted,

*/s/ Maria H. Ruiz*
Maria H. Ruiz
FL Bar No. 0182923
KASOWITZ BENSON TORRES, LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone:     305.377.1666
Facsimile:      305.377.1664

*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2020, I have caused a copy of the foregoing to electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Maria H. Ruiz
Maria H. Ruiz
Kasowitz Benson Torres, LLP

Attorney for Defendant Experian
Information Solutions, Inc.