UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS MINCER,
   Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES, LLC
and EXPERIAN INFORMATION
SOLUTIONS, INC.,
   Defendants
_____/

CASE NO.:  6:19-cv-2310-Orl-31GJK

## NOTICE OF SETTLEMENT

Plaintiff, Douglas Mincer, by and through the undersigned counsel, hereby notifies the Court that EQUIFAX INFORMATION SERVICES, LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court and furnished to all counsel of record by using the CM/ECF system on this 22nd of January, 2020.

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Florida Bar #: 88672
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 223-5402
                                                fkerney@forthepeople.com
                                                mjones@forthepeople.com
                                                *Counsel for Plaintiff*